ENTERED ON DOCKET
MAY 2 5 2011

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JAMES HAROLD SMITH a/k/a JIMMY SMITH, | ) | CASE NO. 11-53942-JRS |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSOR IN INTEREST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES HAROLD SMITH a/k/a JIMMY SMITH, and JORDAN E. LUBIN, as Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 5732 Port Drive, Buford, GA 30518, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for May 24, 2011, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is

modified to allow Movant, its successors and assigns, to commence foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 24th day of May, 2011.

_____
**JAMES R. SACCA**
**UNITED STATES BANKRUPTCY JUDGE**

PRESENTED BY:

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP

BY: /s/Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342
(404) 231-4567

**PARTIES TO BE SERVED**

James Harold Smith
a/k/a Jimmy Smith
5732 Port Drive
Buford, Georgia 30518

E. L. Clark, Esquire
Clark & Washington
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

Jordan E. Lubin, Esq.
Building 2
8325 Dunwoody Place
Atlanta, Georgia 30350

Ronald A. Levine, Esq.
Barrett Daffin Frappier Levine & Block, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342